# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARVIN KRONA,

*Plaintiff*

v.

WASHINGTON STATE PENITENTIARY, COUNSELOR ONGERS, DR. VARNELL, AND COUNSELOR MARICHALAR,

*Defendant*

Civil Action No.  4:16-CV-5065-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Second Amended Complaint and the claims therein are dismissed WITH PREJUDICE for failure to state a calim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  .

Date:  September 12, 2016.

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb